

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2014

No. 04-14-00518-CV

Jeanne **COOK**,
Appellant

v.

Warren F. **NEELY**, M.D.,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-10774
Honorable Michael E. Mery, Judge Presiding

# O R D E R

In this non-accelerated appeal, the trial court signed a judgment or order on April 24, 2014, and the notice of appeal was filed on July 24, 2014. The clerk's record was due on August 21, 2014. *See* TEX. R. APP. P. 35.1.

On August 27, 2014, the trial court clerk notified this court that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the fee for preparing the record and appellant is not entitled to appeal without paying the fee.

Therefore, we ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed. *See id.* R. 37.3(b), 42.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court